# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMESIS AIR RACING, INC., | CASE NO. CV F 11-1490 LJO GSA |
| Plaintiff, | **ORDER TO EXTEND DEADLINE TO DISMISS ACTION** |
| vs. | (Doc. 10.) |
| REMOS AIRCRAFT INC., | |
| Defendant. | |

Based on the request of plaintiff's counsel, this Court EXTENDS to January 13, 2012 the deadline to file papers to dismiss this action in its entirety. This Court will entertain no further extension without a strong showing of good cause and will impose sanctions on parties or counsel contributing to inexcusable delay to conclude settlement and dismiss this action.

IT IS SO ORDERED.

**Dated:   December 20, 2011**              /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE

1