IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMESIS AIR RACING, INC., | CASE NO. CV F 11-1490 LJO GSA |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** (Doc. 11.) |
| v. | |
| REMOS AIRCRAFT, INC., | |
| Defendant. | |

This Court's December 20, 2011 order required plaintiff, no later than January 13, 2012, to file papers to dismiss this action in its entirety. Plaintiff has failed to comply with the December 20, 2011 order. As such, this Court ORDERS plaintiff, no later than January 24, 2012, to file and serve papers to show cause why sanctions, including dismissal with prejudice, should not be imposed upon plaintiff and/or its counsel for failure to dismiss timely this action. This Court will discharge this order to show cause if, no later than January 24, 2012, plaintiff files proper papers to dismiss this action in its entirety.

IT IS SO ORDERED.

Dated: __January 17, 2012__     _____/s/ Lawrence J. O'Neill_____
UNITED STATES DISTRICT JUDGE