IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMESIS AIR RACING, INC., | CASE NO. CV F 11-1490 LJO BAM |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** (Doc. 13.) |
| vs. | |
| REMOS AIRCRAFT, INC., | |
| Defendant. / | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1.  DISMISSES this action with prejudice;

2.  VACATES all pending matters and dates; and

3.  DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   January 25, 2012**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

1